

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00194-CV

**DTND SIERRA INVESTMENTS, LLC**,
Appellant

v.

**COMPASS BANK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18326
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are assessed against the appellant.

SIGNED March 18, 2015.

Luz Elena D. Chapa, Justice